UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MEDITERRANEAN SHIPPING COMPANY, S.A.,<br><br>　　　　　　　　Defendant. | 23-CV-10377 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 29, 2023, the Court ordered the parties to file a joint status letter and proposed case management plan by January 25, 2024. ECF No. 6. That date has passed, and no submission has been filed. Additionally, the Defendant has not appeared on the docket. Accordingly, the initial pretrial conference scheduled to take place on February 1, 2024, is hereby **ADJOURNED** sine die.

By no later than **January 31, 2024**, Plaintiff shall file a letter on ECF updating the Court on the status of this case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

　　　SO ORDERED.

Dated: January 26, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge