UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON INC., <br><br> Plaintiff(s), <br><br> v. <br><br> MEDITERRANEAN SHIPPING COMPANY, S.A., <br><br> Defendant(s). | 23 Civ. 10377 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On **February 12, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **February 22, 2024,** at **10:30 a.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: February 12, 2024
New York, New York

*/s/ Dale E. Ho*

DALE E. HO
United States District Judge