UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDITERRANEAN SHIPPING COMPANY, S.A., <br><br> Defendant. | 23-CV-10377 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

Discovery in this case ended on June 10, 2024.  *See* ECF No. 14.  On June 19, 2024, Defendant indicated its intent to file a motion for summary judgment.  *See* ECF No. 15.  On June 21, 2024, the Court ordered Defendant to file its motion by July 19, 2024.  *See* ECF No. 16.  The Court further ordered that "[i]f no such motion is filed [by July 19, 2024], the case will be placed on the Court's trial-ready calendar."  *See id*.  Defendant's deadline to file a motion for summary judgment has now passed, and the Court is not in receipt of any motion.  Accordingly, it is hereby **ORDERED** as follows:

The parties' Joint Pretrial Order—prepared in accordance with the Court's Individual Rule 5 and Individual Trial Rules and Procedures and Rule 6(F)—is due by **August 12, 2024**.

The parties shall be ready for trial as of **two weeks** following the deadline for the proposed Joint Pretrial Order.

SO ORDERED.

Dated: July 22, 2024
      New York, New York

                                        DALE E. HO
                              United States District Judge