UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON INC., <br><br>                              Plaintiff, <br><br>            v. <br><br> MEDITERRANEAN SHIPPING COMPANY, S.A., <br><br>                              Defendant. | 23-CV-10377 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On July 22, 2024, the Court ordered the parties to submit a Joint Pretrial Order by August 12, 2024. *See* ECF No. 17. That date has now passed, and the Court is not in receipt of the parties' submission. Accordingly, it is hereby ORDERED that the parties shall submit a Joint Pretrial Order by **August 19, 2024**. The parties are on notice that failure to comply with the Court's orders may result in sanctions.

SO ORDERED.

Dated: August 13, 2024
       New York, New York

                                                           _____
                                                                   DALE E. HO
                                                           United States District Judge